JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| MICHAEL BONDO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br>a Washington corporation doing business in California; and<br>DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. SAC14-0062 DOC (DFMx)<br><br>[PROPOSED] ORDER RE DISMISSAL<br><br>[Fed.R.Civ.P. 41(a)]  [17]<br><br>Dept.: 9D<br>Judge: Hon. David O. Carter<br><br>**Complaint Filed: November 26, 2013** |

SMRH:436350709.1

ORDER RE DISMISSAL
CASE NO. SAC14-0062 DOC (DFMx).

1        IT IS HEREBY ORDERED:

2

3        GOOD CAUSE HAVING BEEN SHOWN, pursuant to the parties'
4  Stipulation Re Dismissal,

5

6      1.    The above-captioned action is dismissed with prejudice, pursuant to
7  Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

8

9      2.    Each party shall bear its own attorney's fees and costs.

10

11        IT IS SO ORDERED.

12

13  Dated: March 2, 2015

                      */s/ David O. Carter*

14                        HON. DAVID O. CARTER
                        JUDGE OF THE U.S. DISTRICT COURT